IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

AVATAR PROPERTIES, INC.,

     Appellant,

v.                            Case No.    5D21-2197
                                   LT Case No. 2017-CA-3072-ON

SOUTHERN-OWNERS INSURANCE
COMPANY, A MICHIGAN
CORPORATION, ALBERLIN
HERNANDEZ, AS EXECUTOR DE
SON TORT OF THE PENDING
ESTATE OF DYLAN HERNANDEZ, ET AL.,

     Appellees.
_____/
Decision filed September 27, 2022

Appeal from the Circuit Court for
Osceola County,
Margaret H. Schreiber, Judge.

Mark A. Boyle and Molly Chafe
Brockmeyer, of Boyle, Leonard &
Anderson, P.A., Ft. Myers, for Appellant.

Carri S. Leininger and Jessica L.
Gregory, of Williams, Leininger & Cosby,
P.A., North Palm Beach, for Appellee,
Southern-Owners Insurance Company.

No Appearance for other Appellees.

PER CURIAM.

     AFFIRMED.

SASSO and NARDELLA, JJ., and ORFINGER, R.B., Senior Judge, concur.